# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RANDALL CROWE,** *Individually, and on*                                              **PLAINTIFF**
*Behalf of all wrongful death beneficiaries,*
*And as Administrator of the*
*Estate of Louis Lee Crowe*

**VS.**                  **CASE NO. 4:19-cv-00668-LPR**

**3M COMPANY,** *et al.*                                                                             **DEFENDANTS**

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT 3M COMPANY

The Court, having considered the Joint Motion for Dismissal with Prejudice of Plaintiff's Claims Against Defendant 3M Company, is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant 3M Company are hereby dismissed with prejudice. This Order does not address or dismiss claims asserted by Plaintiff against other Defendants or crossclaims asserted by other Defendants against 3M Company.

IT IS SO ORDERED THIS 9th day of February 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT